IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| LORENZO CHAVEZ RASCON,<br><br>　　　　Petitioner,<br><br>v.<br><br>NOEM, et al.,<br><br>　　　　Respondents. | **ORDER SETTING STATUS AND SCHEDULING CONFERENCE**<br><br>Case No. 2:26-cv-00161-RJS<br><br>District Judge Robert J. Shelby |

　　　　The court is in receipt of Plaintiff Lorenzo Chavez Rascon's Emergency Motion for Temporary Restraining Order[1] and Amended Petition for Habeas Corpus.[2] The court hereby notifies the parties that it will hold an in-person status and scheduling conference on the Motion and Petition on Monday, March 9, 2026, at 1:30 PM in Courtroom 3.100.

　　　　Ahead of the hearing, Plaintiff is hereby ORDERED to do the following:

1. On or before Thursday, March 5, 2026, at 5:00 PM, Plaintiff shall serve all Defendants with copies of the following documents in a manner that provides actual notice:

    A. This Order;

    B. Plaintiff's Motion;[3] and

    C. The Amended Petition.[4]

---

[1] Dkt. 10, *Emergency Motion for Temporary Restraining Order Immigration Habeas Case* (*Motion*).

[2] Dkt. 9, *Amended Verified Petition for Habeas Corpus and Declaratory Action Immigration Habeas Case* (*Amended Petition*).

[3] Dkt. 10.

[4] Dkt. 9.

1

2

2. On or before Thursday, March 5, 2026, at 5:00 PM, Plaintiff is to file with the court proof of service that all Defendants were served with the aforementioned documents.

SO ORDERED this 3rd day of March 2026.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge

2